159 A.3d 945

Stanley J. CATERBONE and Advanced Media Group

v.

LANCASTER CITY POLICE, et. al.

Petition of: Stanley J. Caterbone

No. 496 MAL 2016

Supreme Court of Pennsylvania.

October 25, 2016

## ORDER

PER CURIAM

**AND NOW,** this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**